**File Hashes for IP Address 96.231.40.175**

**ISP:** Verizon FiOS
**Physical Location:** Reston, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/22/2014 06:00:40 | 46534E73B0D16742309BCAF6FB5D8F8DCEF5EC95 | Rock Me Baby |
| 07/22/2014 05:51:41 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/22/2014 05:48:21 | 2E4CB778FB23576CECBF4441DF5866DC1F1DCEE9 | Summertime Lunch |
| 06/01/2014 02:16:30 | 085B81470106DE39F7C84DB8C201077A29426621 | A Thought of You Part 2 |
| 05/31/2014 21:45:28 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 05/31/2014 16:24:27 | 81433A009928474F2A4FF2BA5E3A62FBCC4585A7 | Rope Priority |
| 05/31/2014 15:54:01 | B56DEC90A4EAD6923E0CF1CAFA9289484544D294 | From Three to Four |
| 05/31/2014 12:14:36 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/07/2014 15:12:48 | 5FE6B80F86F5BBC39C5409133325CF2EACFF7A36 | Grow Up With Me |
| 05/07/2014 15:08:52 | FFE24D4FE2F6CFB764D826F4DB60B60A3B23FEC0 | Playing Dress Up |
| 05/07/2014 15:07:33 | A1BC8FA63BBCF0D75C1FC40391DF90BB12AA49AE | No Turning Back Part #1 |
| 05/07/2014 15:05:38 | 63848C2BBC1F400D955733894844A0FD3151A0A5 | Party Boat |
| 05/07/2014 15:01:40 | C10C7A7DA11617960B541DC11707247B0456A5F0 | Double Tease |
| 05/07/2014 14:53:28 | 4FF872F305E92C9DCB11E886334FB75207E604C0 | Body Language |
| 05/07/2014 14:51:34 | 714AFEF528228FEDC583BC93FF73CEC73E2B58F4 | Fashion Models |
| 05/07/2014 14:41:11 | 06D69109082EDF8C599155A9C94214A02D545575 | Pool Party For Three |
| 05/07/2014 14:29:20 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 05/07/2014 13:41:46 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 05/07/2014 13:37:25 | 7C2DFB485915834309EFA4AB7585143F27B78048 | Fantasy Come True |
| 05/07/2014 13:35:56 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 05/07/2014 13:35:20 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 05/07/2014 12:12:10 | 1344A7A24636FE4A40CFCCF60FEA7A67F0433E6C | Zeppelin on Fire |

EXHIBIT A

EVA101

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/07/2014 12:02:18 | 532AD5E47034156E92F93F4ABC0CD2434CAD0ABF | Blindfold Me Part #2 |
| 05/07/2014 10:29:08 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 05/07/2014 04:00:31 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 05/07/2014 03:42:27 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 05/07/2014 03:04:21 | 01B11B0AD7304EB905C177588624F723B3BCC53D | Brazilian Love Affair |
| 05/07/2014 02:56:53 | D112EDEE38501E9B963B8F76A1534520245FD235 | They Meet Again |
| 05/07/2014 02:48:40 | 5C4CB41BEFEECDC661185DD4D14EE32D348A2F55 | So Right Its Wrong |
| 05/07/2014 02:43:35 | 57BB8F13C16B03F66E234B0449CB77B1FD1689D2 | In Charge |
| 05/07/2014 02:21:50 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | Happy Birthday Capri |
| 05/07/2014 02:19:58 | BE6EC2BD6D8815907EDE326CBE3D4E409BE1D69D | A Wonderful World |
| 05/07/2014 02:18:45 | E5AA2D96F2E8909C56E11FA99B56270D9223CD60 | Bad Girls |
| 05/07/2014 02:15:49 | 84F68CDAE89F0C221B52BE090C39DEADA80B5929 | What a Girl Wants Part #2 |

**Total Statutory Claims Against Defendant: 34**

EXHIBIT A

EVA101