**Copyrights-In-Suit for IP Address 96.231.40.175**

**ISP:** Verizon FiOS
**Location:** Reston, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 06/01/2014 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 05/07/2014 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 05/07/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 05/07/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 05/07/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/07/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 05/07/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 05/07/2014 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 05/07/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 05/31/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/07/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 05/07/2014 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 05/07/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 05/07/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/31/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 05/07/2014 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 05/07/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 05/07/2014 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 05/07/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 05/07/2014 |
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 05/07/2014 |

EXHIBIT B

EVA101

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/22/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/31/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 05/07/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/22/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/07/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/22/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/07/2014 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 05/07/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 05/07/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/07/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/31/2014 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 05/07/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 05/07/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  34**

EVA101

EXHIBIT B