**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | CASE NO. 1:14-cv-01178-TSE-TRJ |
| Plaintiff, | |
| v. | |
| MOHAMAD BAIAZID, | |
| Defendant. | |

**MOTION FOR ENTRY OF CLERK'S DEFAULT**
**PURSUANT TO FED.R.CIV.P 55(a)**

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, Mohamad Baiazid, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

Dated: February 11, 2015

Respectfully submitted,

By: /s/William E. Tabot
William E. Tabot, Esquire #39488
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2015, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ William E. Tabot
William E. Tabot

**Service List**

Mohamad Baiazid
1855 Saint Francis Street
Unit 906
Reston, VA  20190