**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

MALIBU MEDIA, LLC

    Plaintiff,

v.                                           Civil Action No. 1:14-cv-01178-TSE-TRJ

MOHAMAD BAIAZID,

    Defendant.

_____/

**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, William E. Tabot, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A Complaint was filed herein on September 8, 2014.

3. On December 27, 2014, Plaintiff filed its Amended Complaint.

4. Service of summons and Amended Complaint were obtained as follows:

| **Defendant** | **Date of Service, Type of Service** |
|---|---|
| Mohamad Baiazid | January 6, 2015, Personal |

5. More than twenty-one (21) days have elapsed since the Defendant, Mohamad Baiazid, in this action were served, and the Defendant Mohamad Baiazid has failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

EXHIBIT A

## DECLARATION

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of February, 2015

/s/ *William E. Tabot*
Attorney for Plaintiff

EXHIBIT A