# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **MALIBU MEDIA, LLC,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv1178 |
| ) | |
| **MOHAMAD BAIAZID,** ) | |
| **Defendant.** ) | |

## ORDER

It appears from a review of the record that defendant Mohamad Baiazid is in default in this matter. Indeed, the record reflects that plaintiff has already requested that the Clerk enter defendant's default pursuant to Rule 55(a), Fed. R. Civ. P.

Accordingly, for good cause,

It is hereby **ORDERED** that promptly after obtaining the entry of default, plaintiff is **DIRECTED** to file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for the following findings: (i) that this Court has subject matter and personal jurisdiction, including how the defaulting defendant was served and why that service was proper; (ii) that the complaint alleges facts establishing all of the necessary elements of one or more claims on which relief can be granted; and (iii) that plaintiff is entitled to the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief.

It is further **ORDERED** that plaintiff file a notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, March 13, 2015, before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to the defaulting defendant at the defendant's last known address, certifying the same to the Court.

It is further **ORDERED** that this matter is **REFERRED** to the assigned magistrate judge pursuant to 28 U.S.C. § 636 for all further default proceedings and for preparation of a prompt report and recommendation.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendant at the address listed in the case file.

Alexandria, Virginia
February 11, 2015

/s/
T. S. Ellis, III
United States District Judge