UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Case No.: 1:14-cv-01178-TSE-TRJ |
| : | |
| MOHAMAD BAIAZID, : | |
| : | |
| Defendant. : | |
| : | |

## UNOPPOSED MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND TO REDACT DEFENDANT'S NAME FROM THE RECORD

COMES NOW, the Defendant, MOHAMAD BAIAZID ("Baiazid" or "Defendant"), by and through its counsel of record, and hereby submits this Motion for Leave to Proceed Anonymously and Motion to Redact Defendant's Name from the Record (the "Motion"). Defendant respectfully refers the Court to the attached memorandum of points and authorities in support of the Motion.

Respectfully submitted,

MOHAMAD BAIAZID

By Counsel:

McClanahan Powers, PLLC

/s/     Robert Powers
Robert Powers, Esq.
VSB # 80822
McClanahan Powers, PLLC
1604 Spring Hill Rd., Ste. 321
Vienna, VA 22182
Phone: (703)-520-1326
Fax: (703) 828-0205

rpowers@mcplegal.com  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that on March 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

         By: /s/ Robert Powers   .  
         Robert Powers