# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| Plaintiffs | : | |
| v. | : | Case No.: 1:14-cv-01178-TSE-TRJ |
| MOHAMAD BAIAZID, | : | |
| Defendant. | : | |

**CONSENT ORDER**

THIS MATTER comes before the Court upon consideration of the Defendant's Unopposed Motion for Leave to Proceed Anonymously and to Redact Defendant's Name from the Record (the "Motion").

IT APPEARING TO THE COURT from the endorsement of this Order that the above captioned Plaintiff consents to Defendant's Motion, and

IT FURTHER APPEARING TO THE COURT that there is good cause for granting the Motion, it is hereby

ORDERED that Defendant's Motion be GRANTED, and it is

FURTHER ORDERED that the Clerk of Court is directed to substitute the proposed redacted pleadings for the ones currently in the record.

ENTERED this ___ day of March, 2015.

_____
Eastern District of Virginia Judge

2

We Ask For This:

| | |
|---|---|
| __/Robert Powers/_____ <br> Robert Powers, Esq. <br> VSB # 80822 <br> McClanahan Powers, PLLC <br> 1604 Spring Hill Rd., Ste. 321 <br> Vienna, VA 22182 <br> Phone: (703)-520-1326 <br> Fax: (703) 828-0205 <br> rpowers@mcplegal.com <br> *Counsel for Defendant* | __/William Tabot/_____ <br> William E. Tabot, Esq. <br> VSB# 39488 <br> William E. Tabot, Esquire, PC <br> 9248 Mosby Street <br> Manassas, VA 20110 <br> Phone: (709) 530-7075 <br> *Counsel for Plaintiff* |