UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

    Plaintiffs

v.

MOHAMAD BAIAZID,

    Defendant.

Case No.: 1:14-cv-01178-TSE-TRJ

## CONSENT ORDER

THIS MATTER comes before the Court upon consideration of the Defendant's Unopposed Motion to Set Aside Entry of Default Judgment and Extend Time to File (the "Motion").

IT APPEARING TO THE COURT from the endorsement of this Order that the above captioned Plaintiff consents to Defendant's Motion, and

IT FURTHER APPEARING TO THE COURT that there is good cause for granting the Motion, it is hereby

ORDERED that Defendant's Motion be GRANTED and that Defendant shall have a ten (10) day extension of time from the date of this Order to respond to the Amended Complaint.

ENTERED this 20th day of March, 2015.     /s/
                                                    Michael S. Nachmanoff
                                                    United States Magistrate Judge

FILED MAR 23 2015, CLERK U.S. DISTRICT COURT, ALEXANDRIA, VA

1