IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMAD BAIAZID, )<br>)<br>Defendant. )<br>) | Civil No. 1:14-cv-1178-TSE-MSN |

## **ORDER**

Plaintiff's First Motion for Extension of Time to Serve Expert Reports (Docket no. 32) and Plaintiff's Amended First Motion for Extension of Time to Serve Expert Reports (Docket no. 33) were never noticed for a Friday hearing and are accordingly deemed withdrawn pursuant to Local Civil Rule 7(e) and the Court's Rule 16(b) Scheduling Order (Docket no. 31).

It is so ORDERED.

ENTERED this 24th day of July 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia