IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMAD BAIAZID, )<br>)<br>Defendant. )<br>) | Civil No. 1:14-cv-1178-TSE-MSN |

## ORDER

Having reviewed the pleadings in this matter, it is hereby ORDERED that Plaintiff's Emergency Motion to Continue Motions Hearings on August 28, 2015 (Docket no. 57) and Plaintiff's Motion for Leave to Appear Telephonically (Docket no. 61) are DENIED. The hearing currently set August 28, 2015, at 10:00 a.m., will proceed as scheduled.

ENTERED this 27th day of August 2015.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia