IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:14-cv-1178-TSE-MSN |
| | ) | |
| MOHAMAD BAIAZID, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In light of the joint Stipulation of Dismissal with Prejudice (Docket no. 64) filed by the

parties on August 27, 2015, the hearing currently set for August 28, 2015, at 10:00 a.m., is

hereby cancelled.

ENTERED this 28th day of August 2015.


_____
/s/
Michael S. Nachmanoff
United States Magistrate Judge

Alexandria, Virginia