UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOHAMAD BAIAZID,<br><br>　　　　Defendant. | CASE NO.: 1:14-cv-01178-TSE-TRJ |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

THIS CAUSE came before the Court upon Plaintiff's Motion to Dismiss and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. This case is dismissed without prejudice. Each party shall bear its own fees and costs.

SO ORDERED this 31st day of August, 2015.

By: _____
　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　T. S. Ellis, III
　　　　　　　　　　United States District Judge