IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:14-cv-01178-TSE-MSN |
| MOHAMAD BAIAZID, | : |
| Defendant. | : |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Vacate the Order on Plaintiff's Motion to Dismiss ("Motion"), and the entire record herein, and for good cause shown, it is hereby

ORDER and ADJUDGE: Defendant's Motion is GRANTED.

ORDERED that the Court's Order entered on August 31, 2015 (Docket No. 66) is hereby VACATED.

ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties Stipulation of Dismissal with Prejudice filed on August 27, 2015 (Docket No. 64), all claims asserted against Defendant by Plaintiff are hereby dismissed with prejudice.

SO ORDERED this 16th day of Sept, 2015.

Hon. T.S. Ellis, III
United States District Judge

_____
T. S. Ellis, III
United States District Judge

1